THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE ARTHUR, Appellant.

First Department, June 3, 1927.

See headnote in *People v. Kevlon* (*ante*, p. 224).

APPEAL by the defendant, George Arthur, from a judgment of the Court of General Sessions of the county of New York, rendered

on the 23d day of December, 1926, convicting him of the crime of robbery in the second degree upon his plea of guilty, and also from a judgment rendered against him on the 14th day of January, 1927, convicting him of the crime of robbery in the second degree.

*Joseph Lonardo* of counsel [*Richard F. Barry*, attorney], for the appellant.

*Robert C. Taylor, Assistant District Attorney,* of counsel [*Joab H. Banton, District Attorney*], for the respondent.

PER CURIAM. For the reasons indicated in our opinion in *People* v. *Kevlon* (221 App. Div. 224), decided herewith, the appellant should be resentenced in accordance with the views expressed therein.

Present — DOWLING, P. J., FINCH, McAVOY, MARTIN and O'MALLEY, JJ.

Defendant remanded for resentence.    Settle order on notice.